309 So.2d 850

### In re Jerome BOWENS

v.

### STATE.

### Ex parte Jerome Bowens.

### SC 1132.

Supreme Court of Alabama.

March 13, 1975.

Frankie Fields Smith, Mobile, for petitioner.

BLOODWORTH, Justice.

Petition of Jerome Bowens for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Bowens v. State, 54 Ala. App. ——, 309 So.2d 844.

Writ denied.

HEFLIN, C. J., and MADDOX, FAULKNER and EMBRY, JJ., concur.

308 So.2d 735

### In re Tony BROWDER

v.

### STATE.

### Ex parte Tony Browder.

### SC 1116.

Supreme Court of Alabama.

Feb. 20, 1975.

Timothy L. Dillard, Birmingham, for petitioner.

JONES, Justice.

Petition of Tony Browder for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Browder v. State, 54 Ala. App. ——, 308 So.2d 729.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.